ACCEPTED
03-14-00407-CR
6229771
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:55:02 AM
JEFFREY D. KYLE
CLERK



# HAZEL BROWN WRIGHT RENEAU. PLLC
### ATTORNEYS AND COUNSELORS AT LAW



391 LANDA STREET, NEW BRAUNFELS, TEXAS 78130
TEL: (830) 629-6955 FAX: (830) 629-2559

110 HILLTOP DRIVE, BOERNE TX 78006
TEL: (830) 388-6282 FAX: (866) 295-3366

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/27/2015 10:55:02 AM
JEFFREY D. KYLE
Clerk

July 23, 2015

Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas 78711-2547

VIA FIRST CLASS MAIL

RE:     *State of Texas vs. Jerryl Robinson*
        *Court of Appeals Number: 03-14-00407-CR*
        *Trial Court Case Number: CR2013-349*

### CERTIFICATION OF RULE 48.4 COMPLIANCE LETTER

Mr. Kyle,

Please see enclosed a copy of the notice send out to Mr. Jerryl Robinson in this matter enclosing the COA opinion and judgment, and notifying him of his timelines per TRAP 68. I hereby certify that Mr. Robison was notified accordingly.

Respectfully,

Marilee H. Brown

Enl: July 23 letter to Jerryl Robinson with Certified Mail Receipt attached



# HAZEL BROWN WRIGHT RENEAU. PLLC
### ATTORNEYS AND COUNSELORS AT LAW

391 LANDA STREET, NEW BRAUNFELS, TEXAS 78130
TEL: (830) 629-6955 FAX: (830) 629-2559

110 HILLTOP DRIVE, BOERNE TX 78006
TEL: (830) 388-6282 FAX: (866) 295-3366

July 23, 2015

Jerryl Robinson
#1939741 Pack 1
2400 Wallace Pack Prison Road
Navasota, Texas 77868

VIA CMRRR # 7012 2210 0002 7659 3544

RE:  *State of Texas vs. Jerryl Robinson*
     *Court of Appeals Number:  03-14-00407-CR*
     *Trial Court Case Number: CR2013-349*

Dear Mr. Robinson,

Please see enclosed the Court of Appeals decision in your case. The conviction has been affirmed. The opinion is quite long and has a lot of explanation. Please be aware that this concludes my representation of you.

PLEASE KNOW YOU HAVE A RIGHT TO FILE A PETITION FOR DISCRETIONARY REVIEW WITH THE COURT OF CRIMINAL APPEALS, PURSUANT TO RULE 68 OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH MUST BE FILED 30 DAYS FROM THE DATE OF THE OPINION (BY AUGUST 21, 2015).

It has been my pleasure to represent you and I wish you the best of luck in the future.

Respectfully,

Marilee H. Brown

Enl:  Texas Court of Appeals Judgment
      Memorandum Opinion

NEW BRAUNFELS
NEW BRAUNFELS, Texas
781309998
4879830331-0098
07/23/2015 (830)625-7736 12:18:39 PM

```
--------- Sales Receipt ---------
Product          Sale  Unit    Final
Description       Qty  Price    Price

NAVASOTA TX 77868-4567                $1.86
Zone-3
First-Class Mail Large Env
4.70 oz.
Expected Delivery: Sat 07/25/15
@@ Certified Mail                     $3.45
USPS Certified Mail #:
70122210000276593544
Return Receipt                        $2.80
Label #:
9590952106150083300828
                              ========
Issue Postage:                        $8.11


Total:                                $8.11

Paid by:
Debit Card                            $8.11
   Account #:      XXXXXXXXXXXXX9890
   Approval #:     H22724
   Transaction #:  140
   23903480879
   Receipt#:       001231
```

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.



| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| (Domestic Mail Only; No Insurance Coverage Provided) | | |
| For delivery information visit our website at www.usps.com® | | |
| NAVASOTA TX 77868 | OFFICIAL USE | |
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A N/A |
| | | $1.86 |
| Total Postage & Fees | $ | $8.11 |

Postmark Here — NEW BRAUNFELS TX 78130 — 06 — JUL 23 2015 — 07/23/2015 — USPS

Sent To *Jerryl Robinson*
Street, Apt. No.; or PO Box No. *2400 Wallace Pack Prison Rd*
City, State, ZIP+4 *Navasota TX 77868*

PS Form 3800, August 2006                See Reverse for Instructions